DAVID S. EISEN, ESQ. (State Bar No. 100623)
JESSICA R. K. DORMAN, ESQ. (State Bar No. 279919)
**WILSON, ELSER, MOSKOWITZ,**
   **EDELMAN & DICKER LLP**
401 West A Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 321-6200
Facsimile: (619) 321-6201
Email:  david.eisen@wilsonelser.com
           jessica.dorman@wilsonelser.com

Attorneys for Defendants ProVest California, LLC and Hector Torres

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| BRUNO FLEMING,<br><br>                    Plaintiff,<br><br>    vs.<br><br>PROVEST CALIFORNIA, LLC, a Delaware limited liability company; HECTOR TORRES, individually and in his official capacity; and DOES 1 through 10, inclusive,<br><br>                    Defendants. | Case No.<br><br>**DEMAND FOR JURY TRIAL BY DEFENDANTS PROVEST CALIFORNIA, LLC AND HECTOR TORRES** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Federal Rule of Civil Procedure 38(b) and Local Civil Rule 3-6, Defendants ProVest California, LLC and Hector Torres, hereby demands trial by jury in this action.

Dated:  June 10, 2021            **WILSON, ELSER, MOSKOWITZ,**
                                              **EDELMAN & DICKER LLP**

                                       By: */s/ Jessica R. K. Dorman*
                                              David S. Eisen, Esq.
                                              Jessica R. K. Dorman, Esq.
                                              Attorneys for Defendants Provest California, LLC and Hector Torres