DAVID S. EISEN, ESQ. (State Bar No. 100623)
JESSICA R. K. DORMAN, ESQ. (State Bar No. 279919)
**WILSON, ELSER, MOSKOWITZ,**
  **EDELMAN & DICKER LLP**
401 West A Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 321-6200
Facsimile: (619) 321-6201
Email:  david.eisen@wilsonelser.com
            jessica.dorman@wilsonelser.com

Attorneys for Defendants ProVest California, LLC and Hector Torres

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| BRUNO FLEMING,<br><br>                     Plaintiff,<br><br>         vs.<br><br>PROVEST CALIFORNIA, LLC, a Delaware limited liability company; HECTOR TORRES, individually and in his official capacity; and DOES 1 through 10, inclusive,<br><br>                     Defendants. | Case No.<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, am employed in the county of San Diego, State of California. I am over the age of 18 and not a party to the within action; my business address is 655 West Broadway, Suite 900, San Diego, California, 92101.

On June 10, 2021, I caused to be served the following document(s):

1. **NOTICE OF REMOVAL TO FEDERAL COURT BY DEFENDANTS PROVEST CALIFORNIA, LLC AND HECTOR TORRES**

2. **DEMAND FOR JURY TRIAL BY DEFENDANTS PROVEST CALIFORNIA, LLC AND HECTOR TORRES**

☐ **BY PERSONAL SERVICE** - By placing a true and correct copy of the aforementioned document(s) in an envelope, correctly addressed to the recipient(s) listed for personal delivery to the recipient(s) at the address(es) so noted.

255104296v.1

☒ **BY MAIL** - As follows:  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business.  The envelope was sealed and placed for collection and mailing on this date following our ordinary practices.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY ELECTRONIC TRANSMISSION VIA ECF** – I electronically filed the foregoing document(s) with the Clerk of the Court through the CM/ECF system for the United States District Court, Southern District of California, which sent Notification of Electronic Filing to the persons listed.  Upon completion of transmission of said documents, a certified receipt is issued to the filing party acknowledging receipt by the CM/ECF system.

☐ **BY FAX** - As follows:  I personally sent to the addressee's telecopier number a true copy of the above-described documents.  Thereafter I sent a true copy in a sealed envelope addressed and mailed as indicated above.

| Attorneys for Plaintiff Bruno Fleming | Fred W. Schwinn, Esq.<br>Raeon R. Roulston, Esq.<br>Matthew C. Salmonsen, Esq.<br>Consumer Law Center<br>San Jose, CA 95112-4610<br>Tel: (408) 294-6100<br>Fax: (408) 294-6190<br>Email: fred.schwinn@sjconsumerlaw.com<br>         raeon.roulston@sjconsumerlaw.com<br>         matthew.salmonsen@sjconsumerlaw.com |
|---|---|

I declare under penalty of perjury under the laws of the State of California, that the above is true and correct.  Executed on June 10, 2021, at San Diego, California.

*Sherri Stoddard*
Sherri Stoddard