UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUNO FLEMING,<br><br>        Plaintiff,<br><br>    v.<br><br>PROVEST CALIFORNIA LLC, et al.,<br><br>        Defendants. | Case No. 21-cv-04462-BLF  (SVK)<br><br>**ORDER ON JOINT DISCOVERY SUBMISSION**<br><br>Re: Dkt. No. 45 |

The Court has reviewed and considered the Parties' joint submission, the Complaint in this action (*see* Dkt. 1), as well as Federal Rules of Civil Procedure 26, 33 and 34. The Court has determined that this dispute may be resolved without oral argument (Civ. L.R. 7-1(b)), and its rulings are set forth in Exhibit A hereto. To the extent further responses or productions are required, verified responses and production of documents are due **no later than September 12, 2022**. To the extent a privilege log is ordered, it is to be prepared **IMMEDIATELY** and produced to Plaintiff **no later than August 31, 2022**.

**SO ORDERED.**

Dated: August 15, 2022

*Susan van Keulen*
SUSAN VAN KEULEN
United States Magistrate Judge