United States District Court
Northern District of California

1

2

3                          **UNITED STATES DISTRICT COURT**

4                         **NORTHERN DISTRICT OF CALIFORNIA**

5                                **SAN JOSE DIVISION**

6

7    BRUNO FLEMING,                              Case No.  21-cv-04462-BLF

8                Plaintiff,

9          v.                                    **ORDER DENYING MOTION FOR
                                                 RELIEF FROM NONDISPOSITIVE
10   PROVEST CALIFORNIA LLC, et al.,             PRETRIAL ORDER OF MAGISTRATE
                                                 JUDGE**
11               Defendants.
                                                 [Re:  ECF No. 49]

12

13         Before the Court is Plaintiff Bruno Fleming's Motion for Relief from Nondispositive

14   Pretrial Order of Magistrate Judge, pursuant to Federal Rule of Civil Procedure 72 and Local Civil

15   Rule 72-2.  *See* ECF No. 49.  Plaintiff requests that the Court modify portions of Judge van

16   Keulen's Order concerning Interrogatory Nos. 14-16 and Requests for Production Nos. 1, 4, 6-8,

17   and 14-20.  *Id.* at 2.

18         A magistrate judge's nondispositive pretrial order may be modified or set aside if it is

19   "clearly erroneous or is contrary to law."  Fed. R. Civ. P. 72(a).  "The magistrate's factual

20   determinations are reviewed for clear error, and the magistrate's legal conclusions are reviewed to

21   determine whether they are contrary to law."  *Perry v. Schwarzenegger*, 268 F.R.D. 344, 348

22   (N.D. Cal. 2010).

23         Having reviewed the briefing and Judge van Keulen's Order, the Court finds no factual

24   determination that is clearly erroneous and no legal conclusion that is contrary to law.  Nor has

25   Plaintiff attempted to identify any.  Plaintiff instead seeks a new opportunity to argue propriety of

26   its discovery requests.  But the "clearly erroneous and contrary to law" standard is deferential—

27   the district judge may not simply substitute his or her judgment for that of the magistrate judge.

28   *Grimes v. City & Cnty. of S.F.*, 951 F.2d 236, 241 (9th Cir. 1991).  Accordingly, the Court

     DENIES Plaintiff's motion.

1

2          **IT IS SO ORDERED.**

3

4    Dated:  September 1, 2022

5                                                            _____
                                                             BETH LABSON FREEMAN
6                                                            United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California